IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.   23-mc-00094 - KAS

IN RE:  $41.20 IN UNITED STATES CURRENCY;
$86,677.01 IN UNITED STATES CURRENCY; and
126 ASSORTED SILVER COINS AND BARS.

---

**UNITED STATES' MOTION FOR EXTENSION
OF TIME TO INITIATE FORFEITURE ACTION**

---

The United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Elizabeth Young, moves this Court pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to initiate a civil or criminal forfeiture action from October 11, 2023 through April 11, 2024.

**A. Background**

The property subject to potential forfeiture consists of assets seized from Travis Michalowski at 2713 Trenton Way, Fort Collins, Colorado, on April 12, 2023. The assets are more fully described as: (a) $86,677.01 in United States currency, identified by the Drug Enforcement Administration ("DEA") as 23-DEA-702066; (b) $41.20 in United States currency, identified by the DEA as 23-DEA-702065; and (c) 126 assorted silver coins and bars, identified by the DEA as 23-DEA-702730. These three assets are collectively referred to as the Subject Assets.

The Subject Assets were seized pursuant to 21 U.S.C. § 881 as proceeds from violations of 21 U.S.C. § 801, *et seq*.

1

The DEA initiated an administrative forfeiture proceeding against the Subject Assets. On April 12, 2023, an administrative claim was submitted on behalf of Travis Michalowski by his attorney, Jeffrey Gard, in which Mr. Michalowski asserts an interest in the Subject Assets and challenges the administrative forfeiture of the Subject Assets.

The matter was referred to the United States Attorney's Office to initiate a judicial forfeiture action.

**B. Argument**

Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the Court for good cause or upon agreement of the parties, the United States is required to initiate a judicial forfeiture action against the Subject Assets no later than October 11, 2023. If the United States fails to do so, it is required to release the Subject Assets to Mr. Michalowski and may not take any further action to effect the forfeiture of the Subject Assets in connection with the underlying offenses.

On October 3, 2023, undersigned counsel conferred with Mr. Michalowski's counsel, Jeffrey Gard. Mr. Gard also represents Mr. Michalowski in a pending criminal case brought against Mr. Michalowski in Larimer County regarding the same conduct that would be relied on by the United States in a judicial forfeiture action against the Subject Assets. The parties agreed that extending the deadline to initiate a judicial forfeiture action is necessary in order to give Mr. Gard time to review the voluminous discovery he received in the pending related criminal case and to give the parties time to attempt to engage in settlement discussions in an effort to resolve Mr. Michalowski's claim filed in the administrative forfeiture proceeding prior to initiating a judicial forfeiture action.

**C. Conclusion**

Accordingly, the United States respectfully moves this Court, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the period within which the United States is required to file a forfeiture action against the Subject Assets through April 11, 2024.

DATED this 3rd day of October 2023.

                                                Respectfully submitted,

                                                COLE FINEGAN
                                                United States Attorney

By:  s/ *Elizabeth Young*
       Elizabeth Young
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: Elizabeth.Young2@usdoj.gov
       *Attorney for the United States*